CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 27 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOE LYNN CLARY, | ) | |
| Petitioner | ) | Civil Action No. 7:10cv00477 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| GENE M. JOHNSON, | ) | By: Samuel G. Wilson |
| Respondent. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that respondent's motion to dismiss (Docket No. 12) is **GRANTED**; the above referenced 28 U.S.C. § 2254 petition is **DISMISSED**; Clary's motion to expand the record (Docket No. 15) is **DENIED**; and this action is **STRICKEN** from the active docket of the court.

Further, finding that Clary has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to petitioner and counsel for respondent.

**ENTER:** This 27th of January, 2011.

_____
United States District Judge